UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-9-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENNIS WAYNE PASSLEY | ORDER TO SEAL |

On motion of the Defendant, Dennis Wayne Passley, and for good cause shown, it is hereby ORDERED that **[DE 24]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 4th day of September, 2014.

_____
MALCOLM J. HOWARD
Senior United States District Judge