UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dennis Wayne Passley**                    Docket No. 2:14-CR-9-1H

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dennis Wayne Passley, who, upon an earlier plea of guilty to Failure to Register as a Sex Offender, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 9, 2014, to the custody of the Bureau of Prisons for a term of 15 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Dennis Wayne Passley completed his federal term of imprisonment on March 24, 2015. He was released from state custody in Mississippi on February 9, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** At the time of his release from custody, Dennis Wayne Passley established his residence in the Southern District of Mississippi where he plans to remain on a long-term basis. The Southern District of Mississippi will provide supervision of the defendant provided Passley agrees to participate in a sex offender treatment program and submit to polygraph examinations as directed by the U.S. Probation Officer, and Passley is willing to comply with this requirement. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

2. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8808<br>Executed On: February 16, 2017 |

Dennis Wayne Passley
Docket No. 2:14-CR-9-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 21st day of February 2017, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge